# RICHARD J. MA, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardma@maparklaw.com

September 17, 2020

*Via ECF and E-Mail*

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is ✓ granted.
__ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: Sept. 25, 2020
New York, New York 10007

Re: *United States v. Shawndale Lewis*
20 Cr. 39 (ER)

Dear Judge Ramos:

As Your Honor is aware, I am counsel to Mr. Shawndale Lewis in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully request the modification of Mr. Lewis's bail conditions.

On August 4, 2020, Mr. Lewis appeared before the Court and pled guilty, pursuant to a plea agreement, to bank fraud conspiracy, in violation of 18 US.C. § 1349. The sentencing is scheduled for January 14, 2021. Mr. Lewis has been at liberty on the following bail package: (i) a $30,000 PRB; (ii) co-signed by two FRP's; (iii) curfew enforced by location monitoring, with specific hours at the discretion of Pretrial Services; (iv) surrender of travel documents; (v) travel restricted to the Southern and Eastern Districts of New York and the District of North Carolina for the purpose of attending court appearances; (vi) strict Pre-Trial Supervision; (vii) Mr. Lewis is not to have communications with the co-defendants; (viii) Mr. Lewis must seek and maintain employment; and (ix) Mr. Lewis is not to open any bank accounts, credit cards, lines of credit, or possess another person's identification unless approved by Pretrial Services. Since his release Mr. Lewis has complied with all conditions of his bail and has been in constant contact with counsel and Pretrial Services.

This application seeks the permanent modification of Mr. Lewis's above-stated bail conditions, removing the curfew enforced by electronic monitoring. The reason for this request is that Mr. Lewis has found a new job with overnight work hours. We request the removal of the curfew condition to accommodate the overnight work hours of Mr. Lewis's new job; so that Mr. Lewis will be able to spend time with his daughter; and in light of Mr. Lewis's consistent compliance with his bail conditions and Pretrial Services. In the event that the Court grants this request, all other bail conditions will remain unchanged.

Based upon my communications with A.U.S.A. Samuel P. Rothschild and Pretrial Services Officer Joshua Rothman, the Government and Pretrial Services consent to this request.

Therefore, for the reasons stated herein, we respectfully request that the Court grant this application modifying Mr. Lewis's bail conditions.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc: A.U.S.A. Samuel P. Rothschild (via email)
P.T.S. Officer Joshua Rothman (via email)