USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/20/2022__

**RICHARD J. MA, ESQ.**
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

January 19, 2022

*Via ECF and E-Mail*

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The application is _X_ granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/20/2022__
> New York, New York

Re:   *United States v. Shawndale Lewis*
      20 Cr. 39 (ER)

**MEMO ENDORSED**

Dear Judge Ramos:

    As Your Honor is aware, I am counsel to Mr. Shawndale Lewis in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully <u>request that Mr. Lewis' surrender date be extended 25 days, until March 1, 2022.</u>

    On December 9, 2021, Your Honor sentenced Mr. Lewis to a term of 3 months of imprisonment, followed by 6 months of home confinement. The Court ordered that Mr. Lewis surrender on February 4, 2022. We now request that Mr. Lewis be permitted to surrender on March 1, 2022, so that he can undergo spine surgery.

    We previously informed the Court of Mr. Lewis' neck and spine injury and requested an adjournment of sentencing to accommodate Mr. Lewis' surgery and recovery. (*See* Defense Letter to Court, dated August 3, 2021). The surgery never proceeded and Mr. Lewis was instead scheduled for a medical visit on January 11, 2022, for testing and to receive a new surgery date. (*See* Sentencing Memorandum On Behalf of Shawndale Lewis, dated November 24, 2021, at p. 8). After receiving his sentence, Mr. Lewis' plan was to serve his 3-month term of imprisonment while reconsidering whether he would have the surgery. However, as detailed in the Letter of Zachary L. Hickman, M.D., dated January 19, 2022, (submitted herewith at Exhibit A), the doctor's opinion is that, for Mr.

Lewis' safety, he should undergo the surgery before he serves his term of imprisonment. According to Dr. Hickman's letter, Mr. Lewis is scheduled for surgery on January 26, 2022, and will need at least one month of recovery before he will be well enough to enter a prison environment and not require prescription pain medications. Based upon the doctor's advice, Mr. Lewis would like to proceed with the January 26 surgery.

Thus, in accord with the Doctor's surgery and recovery plan, we respectfully request that the Court grant this application to extend Mr. Lewis' surrender date until March 1, 2022.

I have discussed this matter with A.U.S.A. Samuel P. Rothschild and the Government has no objection.

We appreciate the Court's attention to this request.

Respectfully submitted,

/s/ Richard Ma

Richard J. Ma, Esq.

Encl.
cc (via email):  A.U.S.A. Samuel P. Rothschild (via email)
                Shawndale Lewis