USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  3/3/2022

**RICHARD J. MA, ESQ**.

20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

March 2, 2022

*Via ECF and E-Mail*

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
The application is  X   granted
                   ___  denied

        [signature]
Edgardo Ramos, U.S.D.J
Dated:    3/3/2022
New York, New York
```

Re:   *United States v. Shawndale Lewis*
       20 Cr. 39 (ER)

Dear Judge Ramos:

As Your Honor is aware, I am counsel to Mr. Shawndale Lewis in the above-referenced matter, appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. §3006A. This correspondence is to respectfully request that the Court order the release of Mr. Lewis' United States passport to his aunt, Ms. Juliet Irick.

Mr. Lewis' passport was seized at the time of his arrest. It is the policy of Pretrial Services to return a seized passport to the issuing department unless the Court orders its return. As Mr. Lewis was sentenced on December 10, 2021 and self-surrendered on March 1, 2022, I respectfully submit that Mr. Lewis' passport should be released to his family's possession at this time.

This request is made with the consent of the Government, as per my communication with AUSA Samuel P. Rothschild.

Therefore, for the reasons stated herein, we respectfully request the Court grant this application ordering the release of defendant Shawndale Lewis' United States passport to the possession of his aunt, Ms. Juliet Irick.

Thank you for your time and consideration. Should the Court have any questions or concerns, or if any further information is needed, kindly contact the undersigned.

Respectfully submitted,

/s/ Richard Ma

Richard J. Ma, Esq.

Encl.
cc (via email):  A.U.S.A. Samuel P. Rothschild
P.T.S. Officer Francesca Tessier-Miller